**Opinion issued July 23, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-23-00875-CV**

———————————

## IN RE REGALIA AT THE PARK HOLDINGS, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Regalia at the Park Holdings, LLC has filed a petition for writ of mandamus requesting that this Court vacate the trial court's September 14, 2023 order denying relator's motion to expunge lis pendens.[1]

---

[1] The underlying case is *Luso Six Group, LLC v. Regalia at the Park Development Co., LLC, et al*, cause number 2023-14576, pending in the 125th District Court of Harris County, Texas, the Honorable Kyle Carter presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Rivas-Molloy, and Farris.